

ATTORNEYS AT LAW

October 25, 2007

VIA HAND DELIVERY

Hon. Katharine S. Hayden
United States District Judge
U.S. District Court, District of N.J.
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07101

Christian Samay
Partner
T. 973.639.6936
F. 973.297.3913
csamay@mccarter.com

Re: CIMA LABS, INC. v. ORCHID CHEMICALS & PHARMACEUTICALS, LTD. Civil Action No: 06-4809 (KSH)(PS)

Dear Judge Hayden:

On August 28, 2007, Your Honor entered a 60-day order of dismissal in the above-referenced action. The 60 day period to reopen the action expires on October 29, 2007. The parties are continuing their efforts to consummate the settlement of this action, but they have not yet finalized the settlement documents. As a consequence, the parties submit this letter jointly to respectfully request a 30-day extension of the time within which the parties may, upon good cause shown, seek to reopen this action if the settlement is not consummated.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

We respectfully request that the Court grant this proposed extension by way of order which can be noted below. We thank the Court for its consideration of this matter.

BOSTON

HARTFORD

McCarter & English, LLP

Latham & Watkins

NEW YORK

*Christian E. Samay* /MH
Christian E. Samay

*Kira S. Dabby* /MH
Kira S. Dabby, Esq.

NEWARK

PHILADELPHIA

Attorneys for Plaintiff
Cima Labs, Inc.

Attorneys for Defendant
Orchid Chemicals &
Pharmaceuticals, Ltd.

STAMFORD

WILMINGTON

ME1 6598513v.2
ME1 6863577v.1

Hon. Katharine S. Hayden, U.S.D.J.
October 25, 2007
Page 2

SO ORDERED.

Dated this 26th day of October, 2007.

_____
Honorable Katharine S. Hayden, USDJ

cc:    Hon. Patty Shwartz, U.S.M.J.

ME1 6863577v.1